OPINION — AG — ** BOARD OF REGENTS — TEACHERS' RETIREMENT — ENHANCED RETIREMENT ** THE BOARD OF REGENTS OF OKLAHOMA COLLEGES MAY LEGALLY AUTHORIZE PAYMENT OF THE ADDITIONAL CONTRIBUTION REQUIRED BY SECTION 172 OF HOUSE BILL NO. 1473 (1987) FOR AND ON BEHALF OF AN EMPLOYEE WHO IS AN ACTIVE MEMBER OF THE TEACHERS' RETIREMENT SYSTEM AND ELECTS TO TAKE ADVANTAGE OF ENHANCED RETIREMENT BENEFITS BY RETIRING BETWEEN JULY 1, 1987 AND JANUARY 1, 1988 ("CONTRIBUTION") CITE: 70 O.S. 17-101 [70-17-101], 70 O.S. 17-102 [70-17-102], 70 O.S. 17-108.1 [70-17-108.1], 70 O.S. 3507 [70-3507] — 70 O.S. 3510 [70-3510], 70 O.S. 3510 [70-3510](B) 70 O.S. 310 [70-310](K), 70 O.S. 17-103 [70-17-103], 70 O.S. 17-116.2 [70-17-116.2], 70 O.S. 17-116.2 [70-17-116.2](K) ARTICLE V, SECTION 62, ARTICLE XIIIB, SECTION 1 ARTICLE XIIIB, SECTION 2, OPINION NO. 76-323 OPINION NO. 79-169, OPINION NO. 80-010, OPINION NO. 85-007 (WILLIAM D. LAFORTUNE) ** SEE: OPINION NO. 91-006 (1992) **